**Dismissed and Opinion Filed September 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00938-CV

**PEDRO MURILLO D/B/A GUYNES DESIGNS, AND DFWLX MODERN MOPAR, INC., D/B/A WE ARE MOPAR CAR SHOW, AND JARED GUYNES, Appellants**

**V.**

**HEIDI ROSE TETZLAFF-MILLER, J.A.N. PROPERTIES LIMITED, INC. D/B/A BILLET TECHNOLOGY, AND KENNETH J. MILLER, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03004**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Reichek, and Carlyle
Opinion by Justice Pedersen, III

The clerk's record in this case is past due. By letter dated August 28, 2019, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed, and appellants have failed to provide the required documentation or otherwise correspond with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


                                 /BILL PEDERSEN, III/
                                 BILL PEDERSEN. III
                                 JUSTICE


190938f.p05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PEDRO MURILLO D/B/A GUYNES
DESIGNS, AND DFWLX MODERN
MOPAR, INC., D/B/A WE ARE MOPAR
CAR SHOW, AND JARED GUYNES,
Appellants

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-19-03004.
Opinion delivered by Justice Pedersen, III.
Justices Reichek and Carlyle participating.

No. 05-19-00938-CV      V.

HEIDI ROSE TETZLAFF-MILLER,
J.A.N. PROPERTIES LIMITED, INC.
D/B/A BILLET TECHNOLOGY, AND
KENNETH J. MILLER, Appellees

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

     It is **ORDERED** that appellees HEIDI ROSE TETZLAFF-MILLER, J.A.N.
PROPERTIES LIMITED, INC. D/B/A BILLET TECHNOLOGY, AND KENNETH J. MILLER
recover their costs of this appeal from appellants PEDRO MURILLO D/B/A GUYNES
DESIGNS, AND DFWLX MODERN MOPAR, INC., D/B/A WE ARE MOPAR CAR SHOW,
AND JARED GUYNES.

Judgment entered this 27th day of September, 2019.